IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:19-cr-31 |
| BRYAN THOMPSON, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties Joint 28 U.S.C. § 2255 Motion to Vacate Thompson's conviction. Doc. 36. Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted. It is therefore ordered that the motion is **GRANTED** and Thompson's conviction is **VACATED**.

**SO ORDERED**, this 29th day of November, 2021.

*/s/ B. Cheesbro*

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA